UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN EADE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TRES PINOS WATER DISTRICT, et al.,<br><br>        Defendants. | Case No. 5:16-cv-01414-HRL<br><br>**ORDER FOR REASSIGNMENT TO ANOTHER MAGISTRATE JUDGE** |

The court has received from plaintiffs a form Consent to Magistrate Judge Jurisdiction, "subject to the case being reassigned from [the undersigned] to another magistrate judge." The reason: plaintiffs are informed that defense counsel Christine Breen used to work, many years ago, at the same firm as the undersigned and that other matters involving Ms. Breen were reassigned. This court does not recall and has not found any case that previously was reassigned because of Ms. Breen's involvement in it. Nevertheless, plaintiffs having conditioned their consent upon reassignment to another magistrate, the Clerk of the Court shall reassign this case to another magistrate judge.

SO ORDERED.

Dated:  May 18, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-01414-HRL Notice has been electronically mailed to:

Christine O. Breen    cob@breenlaw.net, jap@breenlaw.net

David W. Balch    davidbalch@gmail.com, david@lg-attorneys.com, liz@lg-attorneys.com

Paul A. Rovella    paul@lg-attorneys.com, anne@lg-attorneys.com